IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00443-MEH

MISAEL BARDALES-RIVERA,

      Petitioner,

v.

ERIC HOLDER, Attorney General,
SARAH SALDANA, Director, United States Immigration and Customs Enforcement,
JEH JOHNSON, Secretary of the Department of Homeland Security,
HOMERO MENDOZA, Acting Assistant Field Office Director, ICE, and
CORINA E. ALMEIDA, Chief Counsel, Denver Office of Principal Legal Advisor, ICE,

      Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2015**.

      This matter comes before the Court *sua sponte*. Upon further information provided by the Clerk of the Court, the Order to Show Cause issued by this Court on April 15, 2015 [docket #15] is **discharged**.