IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00443-MEH

MISAEL BARDALEZ-RIVERA,

    Petitioner,

v.

ERIC HOLDER, Attorney General, et al,

    Respondent.

---

**FINAL JUDGMENT**

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Application for Writ of Habeas Corpus Under 28 U.S.C. § 2241 entered by the Honorable Michael E. Hegarty on August 31, 2015, incorporated herein by reference, it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED. It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Respondent, Eric Holder, et al and against Petitioner, Misael Bardalez-Rivera.

    DATED at Denver, Colorado this  1st  day of September, 2015.

                          FOR THE COURT:

                          JEFFREY P. COLWELL, CLERK

                          By: s/Stacy Libid
                          Stacy Libid, Deputy Clerk