IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00443-MEH

MISAEL BARDALES-RIVERA,

      Petitioner,

v.

ERIC HOLDER, Attorney General,
SARAH SALDANA, Director, United States Immigration and Customs Enforcement,
JEH JOHNSON, Secretary of the Department of Homeland Security,
HOMERO MENDOZA, Acting Assistant Field Office Director, ICE, and
CORINA E. ALMEIDA, Chief Counsel, Denver Office of Principal Legal Advisor, ICE,

      Respondents.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2015**.

      On September 4, 2015, this Court ordered the Respondents (docket #31) to file a response to Petitioner's Motion for Leave to Amend Petition for Writ of Habeas Corpus [filed September 4, 2015; docket #29]. Rather than responding to the motion, however, the Respondents filed a response to the proposed Amended Application. Accordingly, in the interest of justice, the motion is **granted**. Petitioner may file a reply in support of the Amended Application on or before September 28, 2015.