IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00443-MEH

MISAEL BARDALES-RIVERA,

    Petitioner,

v.

LORETTA E. LYNCH, ATTORNEY GENERAL, et al.,

    Respondent.

# FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Amended Application for Writ of Habeas Corpus entered by the Honorable Michael E. Hegarty on October 19, 2015, incorporated herein by reference, it is

ORDERED that the Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Respondent, Loretta E. Lynch and against Petitioner, Misael Bardales-Rivera.

DATED at Denver, Colorado this  20th  day of October, 2015.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/S. Libid
                S. Libid, Deputy Clerk